**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-1744**

---

AMRO ELSAYED; LOLA SALAMAH,

       Plaintiffs - Appellants,

    v.

FAMILY FARE LLC; M.M. FOWLER INC.; LEE BARNES, JR., Individually and as president of Family Fare LLC. and M.M. Fowler Inc.; DONALD PILCHER, Individually,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, Catherine C. Eagles, District Judges; L. Patrick Auld, Magistrate Judge.  (1:18-cv-01045-CCE-LPA)

---

Submitted:  June 29, 2023                    Decided:  September 11, 2023

---

Before GREGORY and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Amro Elsayed, Lola Salamah, Appellants Pro Se.  William Sutton Cherry, III, Jessica Blair Vickers, MANNING, FULTON & SKINNER, PA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amro Elsayed and Lola Salamah appeal several of the district court's orders entered in this action which alleged claims arising out of the termination of a franchise agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Elsayed v. Family Fare LLC*, No. 1:18-cv-01045-CCE-LPA, (M.D.N.C. Feb. 18, 2020; Aug. 10, 2020; Aug. 25, 2020; Feb. 9, 2021; June 4, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*